**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gaucho Group Holdings, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-2158952** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **112 NE 41st St., Ste. 106**<br>**Miami Beach, FL 33139** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.gauchoholdings.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Gaucho Group Holdings, Inc.**                                      Case number *(if known)*  _____
       Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor  **Gaucho Group Holdings, Inc.**                                           Case number (*if known*) _____
        _____
        Name

**10.  Are any bankruptcy cases**   ■ No
      **pending or being filed by a**   ☐ Yes.
      **business partner or an**
      **affiliate of the debtor?**

List all cases. If more than 1,         Debtor _____        Relationship _____
attach a separate list                  District _____  When _____  Case number, if known _____

**11.  Why is the case filed in**   *Check all that apply:*
      *this district?*
                                    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**   ■ No
      **have possession of any**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

                                          ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                              What is the hazard? _____
                                          ☐ It needs to be physically secured or protected from the weather.
                                          ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                             livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                          ☐ Other _____
                                          **Where is the property?** _____
                                                                    Number, Street, City, State & ZIP Code
                                          **Is the property insured?**
                                          ☐ No
                                          ☐ Yes.   Insurance agency _____
                                                   Contact name _____
                                                   Phone _____

**████  Statistical and administrative information**

**13.  Debtor's estimation of**   *Check one:*
      **available funds**
                                    ■   Funds will be available for distribution to unsecured creditors.

                                    ☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ■ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
      **creditors**             ☐ 50-99               ☐ 5001-10,000          ☐ 50,001-100,000
                                 ☐ 100-199             ☐ 10,001-25,000        ☐ More than100,000
                                 ☐ 200-999

**15.  Estimated Assets**   ☐ $0 - $50,000             ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000       ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000        ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor   **Gaucho Group Holdings, Inc.**
_____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Gaucho Group Holdings, Inc.**                                          Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 12, 2024**
                        MM / DD / YYYY

X **/s/ Scott Mathis**                                          **Scott Mathis**
_____          _____
Signature of authorized representative of debtor              Printed name

Title    **CEO/President**
        _____

**18. Signature of attorney**

X **/s/ Nathan G. Mancuso**                          Date    **November 12, 2024**
_____                  MM / DD / YYYY
Signature of attorney for debtor

**Nathan G. Mancuso 174254**
_____
Printed name

**Mancuso Law, P.A.**
_____
Firm name

**7777 Glades Rd., Suite 100**
**Boca Raton, FL 33434**
_____
Number, Street, City, State & ZIP Code

Contact phone    **561-245-4705**            Email address    **ngm@mancuso-law.com**

**174254 FL**
_____
Bar number and State

# GAUCHO GROUP HOLDINGS, INC.
## (a Delaware corporation)

## Action Taken by the Board of Directors Without a Meeting

The undersigned, being all of the directors of Gaucho Group Holdings, Inc., a Delaware corporation (the "**Company**"), acting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, do hereby waive all notice of the time, place and purposes of a Meeting of the Board of Directors of the Company (the "**Board**"), and hereby consent and agree to the adoption of the following resolutions:

### 3i Litigation and Chapter 11 Reorganization

**WHEREAS**, on February 16, 2024, the Company commenced an action in the United States District Court for the District of Delaware through the filing of a complaint against 3i, LP, 3i Management LLC, and Maier Joshua Tarlow (the "**3i Parties**"), alleging that the 3i Parties have each committed underlying violations of the Securities Exchange Act of 1934 and, therefore, the Securities Purchase Agreement dated February 21, 2023, the Senior Secured Convertible Note (the "**Note**") dated February 21, 2023, and all related agreements (collectively, the "**Securities Contracts**") entered into by the parties are void;

**WHEREAS**, on April 5, 2024, the 3i Parties filed their answer to the Company's complaint, wherein they interposed affirmative defenses and asserted four counterclaims against the Company: (i) breach of contract, arising from the Note, (ii) request for preliminary injunction and permanent injunction, (iii) unjust enrichment and (iv) restitution;

**WHEREAS**, on April 26, 2024, the Company responded to the 3i Parties' counterclaims by filing a partial motion to dismiss, which sought dismissal of the 3i Parties' counterclaims for (i) preliminary and permanent injunction, (ii) unjust enrichment and (iii) restitution;

**WHEREAS**, on July 16, 2024, the 3i Parties gave notice to the Company that they had scheduled a foreclosure sale under the Uniform Commercial Code for September 16, 2024 (the "**UCC Sale**");

**WHEREAS**, on August 13, 2024, the Company moved for a temporary restraining order and preliminary injunction against the 3i Parties, requesting that the Court enjoin the 3i Parties' attempt to conduct the UCC Sale;

**WHEREAS**, on November 5, 2024, the Court granted the Company's motion to dismiss the counterclaims for request for preliminary injunction and permanent injunction and restitution but denied the Company's request for preliminary injunction (the "**PI Denial**");

**WHEREAS**, as a result of the PI Denial, the UCC Sale is scheduled for November 13, 2024;

**WHEREAS**, management and several members of the Board have conferred with its legal counsel and believe it to be in the best interests of the Company and its stockholders and creditors to

file a petition under Chapter 11 of the United States Bankruptcy Code to propose a plan of reorganization (the "**Reorganization**");

WHEREAS, pursuant to Section 9 of the Certificate of Designation of the Senior Convertible Preferred Stock of the Company dated May 21, 2024, the Company is required to obtain the approval of the holders at least 50.01% of the current outstanding shares of Senior Convertible Preferred Stock, either in writing without a meeting or at an annual or a special meeting of such holders, voting separately as a single class with one vote per share of Preferred Stock (the "**Required Approval**"); and

WHEREAS, the Required Approval was obtained on November 12, 2024.

**NOW, THEREFORE, BE IT RESOLVED**, the Board hereby approves the filing of a petition under Chapter 11 of the United States Bankruptcy Code to propose a plan of reorganization and hereby authorizes the Company to engage the law firm of Mancuso Law, P.A. to file such petition and represent the Company in any contested matters and adversary proceedings commenced in the Reorganization;

**RESOLVED,** that the Company may, but not be required to file a petition under Chapter 11 of the United States Bankruptcy Code to propose a plan of reorganization;

**RESOLVED,** that each of Scott L. Mathis, as President and Chief Executive Officer of the Company, and Maria I. Echevarria, the Chief Financial Officer of the Company, shall be considered an "**Authorized Officer**," and collectively, the "**Authorized Officers**," for the purposes of these resolutions, and with the advice and guidance of counsel, are hereby authorized to discuss settlement negotiations with the 3i Parties as they deem necessary or advisable;

**RESOLVED**, that the Authorized Officers be, and each them individually hereby is, authorized, empowered and directed in the name and on behalf of the Company to take or cause to be taken all further actions, and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments, deeds or certificates in the name and on behalf of the Company, and to prepare, execute and file, or cause to be prepared, executed and filed, with any federal, state, local, foreign or other regulatory agencies any forms, reports, filings, applications or other documents, and to incur and pay, or cause to be incurred and paid, such expenses, fees and taxes as shall, in the opinion of such Authorized Officer(s), be deemed necessary, advisable or appropriate, and the taking of any such action or the preparation, delivery, execution or filing by any Authorized Officer(s) of any of the foregoing or the payment of any such expenditures shall conclusively establish authority therefor from and the approval of the Company to effectuate or carry out fully the purpose and intent of all of these resolutions; and

**RESOLVED**, that any and all actions heretofore taken by any Authorized Officer(s) in connection with the matters contemplated hereby on or prior to the date on which the Board adopted these resolutions be, and they hereby are ratified, confirmed and approved.

*[Signature Page Follows]*

**IN WITNESS WHEREOF,** the undersigned, constituting all the directors of Gaucho Group Holdings, Inc., hereby approve the foregoing consent as of the last day set forth below. This Consent may be executed in counterparts and facsimile, scanned or digital form.

| | |
|---|---|
| *Scott Mathis* | November 12, 2024 |
| Scott L. Mathis | Date |
| *Reuben Cannon* | November 12, 2024 |
| Reuben Cannon | Date |
| *Marc Dumont* | November 12, 2024 |
| Marc Dumont | Date |
| *D. Reinecke* | November 12, 2024 |
| David Reinecke | Date |

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of Florida

In re   **Gaucho Group Holdings, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on   **6/30/24**   .

a. Total assets                                                            $                      **15,778,138.00**

b. Total debts (including debts listed in 2.c., below)      $                      **13,566,766.00**

c. Debt securities held by more than 500 holders:

| | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **1,936,025.00** | | **5** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **611,073.00** | | **4** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **531,000.00** | | **7** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |

d. Number of shares of preferred stock                    **0**                      **0**

e. Number of shares common stock              **899,261**                      **700**

   Comments, if any:

3. Brief description of Debtor's business:
   **Debtor is a Delaware holding company headquartered in Miami, Florida, which owns certain subsidiaries including operating companies that own a winery, boutique hotel and real property in Argentina.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **John I. Griffin**
   **Jerre Hills**
   **Ralph & Mary Rybacki**

**Fill in this information to identify the case:**

Debtor name    **Gaucho Group Holdings, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 12, 2024**    X **/s/ Scott Mathis**
                                     Signature of individual signing on behalf of debtor

                                       **Scott Mathis**
                                       Printed name

                                       **CEO/President**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Gaucho Group Holdings, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abraham Katz 3175 Commercial Ave. Northbrook, IL 60062 | | note | | | | $164,100.97 |
| Allen Notowitz 2710 Victoria Manor San Carlos, CA 94070 | | note | | | | $203,785.83 |
| Burns, Figa & Will, P.C. Attn: Victoria Bantz, Esq. 6400 S. Fiddlers Green Cir., Ste. 100 Greenwood Village, CO 80111 | | legal services | | | | $162,779.10 |
| Jack Laschever 181 Soundview Ave. Rye, NY 10580 | | note | | | | $236,365.83 |
| James Dixon 16232 Headlands Cir. Anchorage, AK 99516 | | note | | | | $395,000.00 |
| Jerre Hills 21005 Hwy. 30 Filer, ID 83328 | | note | | | | $1,027,123.54 |
| JLAL 4221 Way Out West Dr., Ste. 100 Houston, TX 77092 | | note | | | | $269,360.47 |
| John I. Griffin 4221 Way Out West Dr., Ste. 100 Houston, TX 77092 | | note | | | | $2,067,265.56 |
| Kenneth Downing 216 Pico Blvd. #16 Santa Monica, CA 90405 | | note | | | | $204,692.50 |
| Larry Schmalz 733 N. Carbon City Rd. Paris, AR 72855 | | note | | | | $226,663.53 |

Debtor    **Gaucho Group Holdings, Inc.**                    Case number *(if known)* _____
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marcum LLP**<br>**750 Third Ave., 11th Floor**<br>**New York, NY 10017** | | **auditing services** | | | | **$183,642.89** |
| **Mark Shatz**<br>**5453 Pond Bluff Ct.**<br>**West Bloomfield, MI 48323** | | **note** | | | | **$363,165.85** |
| **Meline Doodnauth**<br>**17 Vallata Pl.**<br>**Edison, NJ 08820** | | **note** | | | | **$107,837.21** |
| **Michael McCormack**<br>**3 Reading Ct.**<br>**Trophy Club, TX 76262** | | **note** | | | | **$100,476.68** |
| **Niels-Ole Staehr**<br>**28633 Meadowmist Dr.**<br>**Rancho Palos Verdes, CA 90275** | | **note** | | | | **$122,864.09** |
| **Stanley Goldstein**<br>**16 Rockledge Ave., Apt 7F2**<br>**Ossining, NY 10562** | | **note** | | | | **$80,893.53** |
| **The Basile Law Firm P.C.**<br>**Attn: Mark R. Basile, Esq.**<br>**390 N. Broadway, Ste. 140**<br>**Jericho, NY 11753** | | **legal services** | | | | **$115,000.00** |
| **Theodoros Perides**<br>**388 Highland Ave.**<br>**Cliffside Park, NJ 07010** | | **note** | | | | **$263,979.19** |
| **Timothy Treharne**<br>**1355 17th St. NW, Apt. 519**<br>**Washington, DC 20336** | | **note** | | | | **$100,000.00** |
| **Watkins Johnston**<br>**1100 Chandler St.**<br>**Montgomery, AL 36104** | | **note** | | | | **$200,232.53** |

```
3i, LP
Attn: Maier J. Tarlow
2 Wooster St., Floor 2
New York, NY 10013


Abraham Katz
3175 Commercial Ave.
Northbrook, IL 60062


Allen Notowitz
2710 Victoria Manor
San Carlos, CA 94070


AMEX


Brandon Lynch
201 SE 2nd Ave., Apt. 1111
Miami, FL 33131


Brian Stern
52 Wooster St., # 2
New York, NY 10013


Broadridge
750 Third Ave., 10th Floor
New York, NY 10017


Burns, Figa & Will, P.C.
Attn: Victoria Bantz, Esq.
6400 S. Fiddlers Green Cir., Ste. 100
Greenwood Village, CO 80111


Cahill Gordon & Reindel LLP
Attn: Joel H. Levitin, Esq.
32 Old Slip
New York, NY 10005


Continental Stock Transfer
135 Fifth Ave., 10th Floor
New York, NY 10010


Cory Bataan
2425 Joel Dr.
Bellmore, NY 11710
```

Dataccuity
2001 NE Aloclek Dr. M079
Hillsboro, OR 97124


Fairdinkum Consulting
15 East 32nd St., 9th Floor
New York, NY 10016


G.R. Reid Associates, LLP
7600 Jericho Tpke., Ste. 400
Woodbury, NY 11797


Goulston & Storrs PC
Attn: Douglas B. Rosner, Esq.
One Post Office Sq., 25th Floor
Boston, MA 02109


Greg Gassoso
126 Gatling Pl., Apt. 3B
Brooklyn, NY 11209


Gregory Johnson
1127 Somerset Lane
Newport Beach, CA 92660


Greissy Pantaleon
6192 Pine Lane
Douglasville, GA 30135


Jack Laschever
181 Soundview Ave.
Rye, NY 10580


Jacquelyn Fresse
715 Ave. C, Apt. 6
Bayonne, NJ 07002


James Dixon
16232 Headlands Cir.
Anchorage, AK 99516


James Muir
7614 McGroarty St.
Tujunga, CA 91042

Jerre Hills
21005 Hwy. 30
Filer, ID 83328

Jim Hamaker
860 Grove Vale Dr.
Prosper, TX 75078

JLAL
4221 Way Out West Dr., Ste. 100
Houston, TX 77092

John I. Griffin
4221 Way Out West Dr., Ste. 100
Houston, TX 77092

John Raffaeli
5 Miller Rd.
Pound Ridge, NY 10576

Kenneth Downing
216 Pico Blvd. #16
Santa Monica, CA 90405

Kenneth Johnson
17 N. San Francisco St., Ste. 3A
Flagstaff, AZ 86001

Larry Schmalz
733 N. Carbon City Rd.
Paris, AR 72855

Litman Asche & Gioiella, LLP
Attn: Richard Asche, Esq.
350 Central Park West
New York, NY 10025

Marcum LLP
750 Third Ave., 11th Floor
New York, NY 10017

Maria Echevarria
14 Benmore Terr.
Bayonne, NJ 07002

Mark Shatz
5453 Pond Bluff Ct.
West Bloomfield, MI 48323


Marty Bataan
25 Claredon Dr.
Valley Stream, NY 11580


Matias Mazza
910 West Ave., Unit 1432
Miami Beach, FL 33139


McCarter & English
100 Mulberry St.
Newark, NJ 07102


Meline Doodnauth
17 Vallata Pl.
Edison, NJ 08820


Michael McCormack
3 Reading Ct.
Trophy Club, TX 76262


Niels-Ole Staehr
28633 Meadowmist Dr.
Rancho Palos Verdes, CA 90275


Parnasa Tova
255 Aragon Ave., 2nd Fl.
Coral Gables, FL 33134


Petros Nikolinakos
1090 Ramser Dr.
Watkinsville, GA 30677


Pharos Advisors
299 Market St., Ste. 440
Saddle Brook, NJ 07663


RBSM, LLP
805 Third Ave., Ste. 1430
New York, NY 10022

```
Richards, Layton & Finger, P.A.
Attn: Katharine L. Mowery, Esq.
One Rodney Sq.
920 N. King St.
Wilmington, DE 19801


Rick Stear
215 West 105th St., Apt. 2F
New York, NY 10025


Robert Mills
29 Montelago #13
Henderson, NV 89011


Ronald Szegi
22614 Valerio St.
West Hills, CA 91307


Ross Dixon
5627 Oberlin Dr.
San Diego, CA 92121


Say Technologies LLC
155 Wooster St., Apt. 4F
New York, NY 10012


Scott Mathis
1445 16th St., Ste. 403
Miami Beach, FL 33139


Sharad Ghamande
703 Jones Creek
Evans, GA 30809


Stanley Goldstein
16 Rockledge Ave., Apt 7F2
Ossining, NY 10562


The Basile Law Firm P.C.
Attn: Mark R. Basile, Esq.
390 N. Broadway, Ste. 140
Jericho, NY 11753
```

The Nasdaq Stock Market, LLC
151 W. 42nd St.
New York, NY 10036


Theodoros Perides
388 Highland Ave.
Cliffside Park, NJ 07010


Timothy Treharne
1355 17th St. NW, Apt. 519
Washington, DC 20336


Victor Goetz
23 Hampton Ct
Skillman, NJ 08558


Vincent Mariato
14 Deborah Loop
Staten Island, NY 10312


Watkins Johnston
1100 Chandler St.
Montgomery, AL 36104